IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY C. GOFF                                                         PLAINTIFF

v.                              No. 3:14-cv-268-DPM

BRYAN CHARLES SMITH, individually
and in his official capacity as a
City of Paragould Police Officer; and
MICHAEL JOHN OOST, individually
and in his official capacity as a City of
Paragould Police Officer                                               DEFENDANTS

## JUDGMENT

Goff's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 January 2016