IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY C. GOFF                                                                                    PLAINTIFF

v.                                          No. 3:14-cv-268-DPM

BRYAN CHARLES SMITH, individually
and in his official capacity as a
City of Paragould Police Officer; and
MICHAEL JOHN OOST, individually
and in his official capacity as a City of
Paragould Police Officer                                                                          DEFENDANTS

ORDER

Unopposed motion, № 14, granted. Goff's complaint will be dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 January 2016